JOSEPH NOBLE et al., Appellants, *v.* HENRY QUERIPEL, Respondent.

(Argued September 23, 1874; decided January term, 1875.)

THIS was an action to recover the contract-price for a quantity of coal sold and delivered by plaintiffs to defendant. Defendant set up as a counter-claim a breach of the contract on the part of plaintiffs, in failing to deliver the quantity covered by the contract. The only question was as to the construction of the contract, plaintiffs claiming that the coal was to be delivered on the Delaware river, near Philadelphia, at the market price when shipped; the defendant, that it was to be delivered in New York, at four dollars and forty-five cents per ton. It was held that the defendant's construction of the contract was correct.

*Joseph A. Welch* for the appellants.

*N. B. Hoxie* for the respondent.

REYNOLDS, C., reads for affirmance.
All concur.
Judgment affirmed.